

Case.net Version 5.14.0.17
Return to Top of Page
Released 11/25/2019

**EXHIBIT B**

Electronically Filed - Jackson - Kansas City - May 11, 2020 - 04:09 PM

## IN THE CIRCUIT COURT OF JACKSON COUNTY
## AT KANSAS CITY

NAYSIA MOSELEY              )
               Plaintiff,    )
v.                          )
                          )  Case No.
ADIENT US LLC,         )
                          )  **JURY DEMAND REQUESTED**
*Registered agent*:       )
C T CORPORATION SYSTEM   )
120 SOUTH CENTRAL AVENUE  )
ST. LOUIS, MO 63105      )
                          )
              Defendant.   )

### PETITION FOR DAMAGES

COMES NOW, Plaintiff, by and through the undersigned counsel, and for her cause of action against Defendant, states as follows:

### JURISDICTION AND VENUE

1. Plaintiff alleges discrimination and retaliation in employment under the Missouri Human Rights Act, §213.010 *et. seq.*

2. Venue is proper with this Court because the events giving rise to Plaintiff's claims arose in Jackson County, Missouri.

### PARTIES

3. Plaintiff Naysia Moseley (hereinafter "Moseley" or "Plaintiff") is an individual who was an employee of Defendant Adient US LLC (hereinafter "Adient" or "Defendant").

### BACKGROUND FACTS AND EXHAUSTION OF ADMINISTRATIVE REMEDIES

4. Moseley was an employee of Adient who experienced discriminatory treatment as early

as 2017 until she was terminated in January 2019, via certified mail, to her residence in Kansas City, Missouri, Jackson County.

5. At all times mentioned herein, Moseley was an employee of Defendant within the meaning of the Missouri Human rights Act, §§213.010 *et. seq.* RSMo. ("MHRA") and entitled to all of the benefits and protections of the MHRA.

6. Adient is an "employer" within the meaning of the MHRA because it employs more than six (6) employees in the State of Missouri.

7. During the course of her employment with Defendant, Moseley performed at or above performance standards expected of Defendant's employees.

8. Plaintiff met all qualifications of the positions she held with Defendant.

9. Plaintiff is an African American female and from 2017 through her termination in 2018 was subjected to sex discrimination and retaliation all as defined under the Missouri Human Rights Act.

10. The true reasons for the adverse employment actions of Defendant, including termination and/or other disparate treatment in the terms and conditions of Moseley's employment, were illegal sex discrimination and retaliation for complaining about discrimination.

11. Defendant's actions constitute illegal sex discrimination and/or retaliation against Moseley in the terms and conditions of her employment in violation of the MHRA.

12. On or about July 19, 2019, Plaintiff filed a timely charge of sex discrimination and retaliation against the Defendant with the Missouri Commission on Human Rights ("MCHR"). The Charge of Discrimination is attached hereto and incorporated as though fully set forth herein as Exhibit A.

13. On or about February 13, 2020, the MCHR issued its Notice of Right to sue to Moseley.

2

The Notice of right to Sue is attached hereto and incorporated as though fully set forth herein as Exhibit B.

14. This lawsuit was filed within ninety (90) days of the MCHR's Notice of Right to Sue.

15. The Charge of Discrimination attached as Exhibit A provided the MCHR sufficient opportunity to investigate the full scope of the controversy between the parties and, accordingly, the sweep of this MCHR judicial complaint may be and is as broad as the scope of the MHRA investigation that could reasonably be expected to have grown out of the charge.

## COUNT I: EMPLOYMENT DISCRIMINATION –SEX

16. Plaintiff incorporates by reference the allegations in paragraphs 1 through 15 as though fully set forth herein.

17. Plaintiff is an African American female.

18. Plaintiff's sex was a motivating factor to the decisions by Defendant to discipline Plaintiff without just cause and unfairly move Plaintiff along the discipline spectrum; unfairly discipline and single Plaintiff out during her employment, despite the same conduct being exhibited by Plaintiff's male co-workers; and terminate Plaintiff for defending herself after being verbally bullied and attacked by another employee all as described in his Charge of Discrimination attached and incorporated as Exhibit A.

19. As a direct and proximate result of Defendant's illegal discriminatory actions, Plaintiff has sustained economic and non-economic damages.

20. Defendant's conduct was willful, wanton and malicious, and showed complete indifference to or conscious disregard of the rights of Plaintiff under the MHRA, thus

justifying an award of punitive damages in an amount sufficient to punish Defendant and to deter them from like conduct in the future.

WHEREFORE, Plaintiff prays for judgment in her favor and against Defendant on Count I and requests an award of her actual and punitive damages and her reasonable attorney's fees, together with her costs and any other relief the Court deems fair and equitable.

## COUNT II RETALIATION

21. Plaintiff alleges and incorporates herein the allegations in paragraphs 1 though 20 as though fully set forth herein.

22. Plaintiff had a good faith, reasonable belief that Defendant was engaging in unlawful employment practices, intentionally creating a hostile work environment for women, including violations of laws prohibiting discrimination and harassment, and she reported her concerns and opposition to these unlawful practices to Defendant.

23. Plaintiff believed she was eligible for leave via the Family Medical Leave Act ("FMLA") and requested such leave.

24. Defendant intentionally retaliated against Plaintiff in the terms and conditions of her employment because of her report of and/or opposition to unlawful employment practices and for requesting FMLA leave,  including but not limited to, by taking no appropriate action to remedy the illegal conduct; by refusing to address Plaintiff's complaints about discrimination; and, by creating an adversarial work environment and eventually terminating Plaintiff.

25. Plaintiff expressed her objections to this illegal and discriminatory treatment by Defendant; however, she continued to be subjected to discriminatory treatment in the form of a hostile work environment, including hostile, biased and discriminatory actions,

4

being unfairly placed on administrative leave, and ultimately a gender-biased hostile work environment that eventually lead to the termination of Plaintiff.

26. As a direct and proximate result of Defendant's illegal retaliatory actions, Plaintiff has sustained economic and non-economic damages.

27. Defendant failed to make good faith efforts to enforce policies to prevent discrimination and retaliation against its employees, including Plaintiff.

28. Defendant's conduct was willful, wanton and malicious, and showed complete indifference to or conscious disregard of the rights of Plaintiff under the MHRA, thus justifying an award of punitive damages in an amount sufficient to punish Defendant and to deter them from like conduct in the future.

WHEREFORE, Plaintiff prays for judgment in her favor and against Defendant on Count II and requests an award of her actual and punitive damages and her reasonable attorneys' fees, together with her costs and any other relief the Court deems fair and equitable.

## **JURY DEMAND**

Plaintiff demands a trial by jury on all issues so triable by law.

Respectfully Submitted,

KRIGEL & KRIGEL, P.C.

_____
Ivan L. Nugent, MO #62148
4520 Main, Ste. 700
Kansas City, MO 64111
Tele: (816) 756-5800
Fax: (816) 756-1999
inugent@krigelandkrigel.com

ATTORNEY FOR PLAINTIFF

5

MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS **2016-CV11746**

# MISSOURI COMMISSION ON HUMAN RIGHTS

| MICHAEL L. PARSON | ANNA S. HUI | Melody A. Smith Ed.D | ALISA WARREN, PH.D. |
|---|---|---|---|
| GOVERNOR | DEPARTMENT DIRECTOR | Acting COMMISSION CHAIR | EXECUTIVE DIRECTOR |

## NOTICE THAT A COMPLAINT HAS BEEN FILED

July 25, 2019

Ivan L. Nugent
4520 Main Street, Suite 700,
Kansas City, MO 64111

RE:  Naysia Moseley  v.  ADIENT
E-07/19-51206; 28E-2019-01291C

This is to inform you the enclosed complaint alleging employment discrimination has been dually filed with the Missouri Commission on Human Rights (MCHR) and the federal Equal Employment Opportunity Commission (EEOC).  **Please keep this letter for future reference.**

This complaint will be investigated by MCHR.  You are encouraged to cooperate fully in the investigation.  An investigator from our agency will be in contact with you.  Please keep in mind:

It is VERY IMPORTANT you keep us informed of any change in your address, telephone numbers or email address. The preferred method of contact is email.
In determining if a violation of the law occurred, the Executive Director will consider all facts and evidence provided by you and Respondent in the course of the investigation.
We have already requested Respondent's response to your complaint. When your case is assigned, the investigator will contact you to discuss your allegations and the response.
The parties are encouraged to consider settling this complaint on mutually agreeable terms. Please keep us informed if you and Respondent resolve your complaint.
*If* a questionnaire is enclosed, then please complete and mail it to me by REGULAR, FIRST-CLASS MAIL ONLY at the address marked below.

Due to limited resources and an increase in the volume of complaints, MCHR is experiencing significant delays in assigning cases to investigators. While we are making every effort to assign the complaints to investigators in a timely manner, it will be a number of months before your complaint is assigned. We apologize for the anticipated delay and thank you for your patience.

If you have any questions, my email address is listed below. Thank you.

Kristy Lambert, J.D., Unit Supervisor - Kristy.Lambert@labor.mo.gov

Enclosures:  copy of complaint, General information Sheet

## *NOTICE OF STATUTE PROHIBITING RETALIATION*
It shall be an unlawful practice for any employer, labor organization, or employment agency to discharge, expel, or otherwise discriminate against any person because he or she has opposed any practices forbidden under this law or because he or she has filed a complaint, testified, or assisted in any proceeding under Chapter 213, RSMo. as amended.

| ☐ | ☐ | ☐ | ☒ | ☐ |
|---|---|---|---|---|
| 3315 W. TRUMAN BLVD.<br>P.O. BOX 1129<br>JEFFERSON CITY, MO 65102-1129<br>PHONE: 573-751-3325<br>FAX: 573-751-2905 | 111 N. 7TH STREET, SUITE 903<br>ST. LOUIS, MO 63101-2100<br>PHONE: 314-340-7590<br>FAX: 314-340-7238 | P.O. BOX 1300<br>OZARK, MO 65721-1300 | 1410 GENESSEE, SUITE 260<br>KANSAS CITY, MO 64102-1047<br>FAX: 816-889-3582 | 106 ARTHUR STREET<br>SUITE D<br>SIKESTON, MO 63801-5454<br>FAX: 573-472-5321 |

Relay Missouri:   1-800-735-2966 (TDD)    1-800-735-2466 (Voice)
www.labor.mo.gov/mohumanrights          E-Mail: mchr@labor.mo.gov

Exhibit A

Electronically Filed - Jackson - Kansas City - May 11, 2020 - 04:09 PM

MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS

**CHARGE OF DISCRIMINATION**

Enter Charge Number

☐ FEPA E-07/19-51206
☐ EEOC 28E-2019-01291C

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

| Missouri Commission on Human Rights and EEOC | | |
|---|---|---|
| Name (Indicate Mr., Ms., or Mrs.)<br>Ms. Naysia Moseley | Date of Birth<br>1995 | Home Telephone No. (Include Area Code)<br>816-825-8579 |
| Street Address<br>3949 Topping Ave. | City, State and Zip Code<br>Kansas City, Missouri 64129 | County<br>Jackson County |

**Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below)*.**

| Name<br>Adient | No. of Employees/Members<br>500+ | Telephone No. *(Include Area Code)*<br>816-546-3942 |
|---|---|---|
| Street Address<br>4101 NW Mattox Rd. | City, State and Zip Code<br>Riverside, Missouri 64150 | |
| Name | No. of Employees/Members | Telephone No. *(Include Area Code)* |
| Street Address | City, State and Zip Code | |

Cause of Discrimination based on *(Check appropriate box(es))*

☐ Race  ☐ Color  ☒ Sex
☐ National Origin  ☐ Religion  ☐ Age
☐ Disability  ☒ Retaliation  ☐ Other *(Specify)*

Date Discrimination took Place *(Month, Day, Year)*
January 22, 2019

☒ Continuing Action

The Particulars Are *(If additional space is needed, attach extra sheet(s))*:
See Exhibit A.

FILED

JUL 19 2019

MO Commission on Human Rights
Jefferson City Office

FLORENCE C MOXHAM
Notary Public, Notary Seal
State of Missouri
Clay County
Commission # 18121161
My Commission Expires 10-14-2022

☐ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

X _____  7/19/19
Charging Party (Signature)        Date

NOTARY – *(When necessary to meet State and Local Requirements)*

Florence C Moxham

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

X _____
Signature of Complainant

19th day of July 2019
Subscribed and sworn to before me this date *(Day, month and Year)*

Electronically Filed - Jackson - Kansas City - May 11, 2020 - 04:09 PM

Exhibit A to Naysia Moseley's Charge of Discrimination

1. I charge Adient with unlawful discrimination on the basis of my sex and in violation of the Missouri Human Rights Act ("MHRA"). I also charge Adient with unlawful retaliation in violation of the ("MHRA") and worker's compensation retaliation.

2. During my employment with Adient, I worked in a hostile, gender -biased work environment in which I was treated differently on the basis of my sex in the terms and conditions of my employment.

3. I was hired by Adient in approximately April 2016. By approximately April of 2017, as the only woman working on my section of the production line, I began experiencing pain in my right shoulder. I informed my supervisor, Human Resources ("HR") and Health & Safety.

4. After my worker's compensation claim was opened and processed, I was instructed to return to work in Approximately September of 2017.

5. Upon returning to work from my injury, I was immediately subjected to sexual harassment, unwelcomed advances and a hostile work-environment at the hands of Mike (last name unknown). Mike is a black male and was a supervisor on the passenger side of the assembly line.

6. Mike began hitting on me, commenting on my body, and consistently asking me to go out on dates and or have sex with him. I tried to ignore Mike in the beginning, thinking that would cause him to turn his attention to someone else. Mike continued and I began explicitly denying Mike's advances.

7. After standing up to Mike and demanding that he stop and leave me alone, Mike began to single me out, pick on me and harass me about any and every thing while I was on my shifts.

8. During my employment with Adient, my employer interfered with my right to exercise my rights under the FMLA by effectively prohibiting me from taking time off of work. My employer also retaliated against me as a result of me requesting FMLA leave.

9. I reported Mike's action and treatment to Human Resources and gave them a written statement about Mike's treatment and harassment. I expected Human Resources to investigate my complaint, put a stop to it and help me not to continue to feel like a victim.

10. In December of 2018, an employee started an altercation with me while I was doing my job. I was sent home and told that Human Resources would investigate the incident. I was never allowed to participate in the investigation, and instead was sent a letter to my home address in Kansas City (Jackson County) informing me of my termination. Prior to Adient's decision to terminate me, I was informed I would receive a 60-day suspension. Instead of investigating and protecting me, Adient suspended me without pay, then

1

FILED
JUL 19 2019
'O Commission on Human Rights
Jefferson City Office

terminated me, and has ignored my worker's compensation injury and my complaints about sexual harassment.

11. The actions of Adient and its agents constitute discrimination and retaliation on the basis of my sex, and the exercise of my rights under the workers' compensation statutes. I believe all of these factors motivated the Company's decision to terminate my employment. Because of this discrimination and retaliation, I have suffered economic damages and from emotional distress as a result of the harassment and subsequent termination.

12. Adient has failed to make good faith efforts to establish and enforce policies to prevent unlawful discrimination against and/or retaliation against its employees.

13. Adient has failed to properly train or otherwise inform its supervisors and employees concerning the Company's duties and obligations under civil rights laws.

14. By failing to take prompt and appropriate corrective action, Adient has condoned, ratified, and/or authorized the Company's discrimination and retaliation against me.

15. I seek compensatory damages, punitive damages, equitable relief in the form of back and front pay, and my reasonable attorneys' fees.

# FILED

JUL **1 9** 2019

MO Commission on Human Rights
Jefferson City Office

2

Electronically Filed - Jackson - Kansas City - May 11, 2020 - 04:09 PM



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS

# MISSOURI COMMISSION ON HUMAN RIGHTS

| MICHAEL L. PARSON GOVERNOR | ANNA S. HUI DEPARTMENT DIRECTOR | Martha Staggs COMMISSION CHAIRPERSON | ALISA WARREN, PH.D. EXECUTIVE DIRECTOR |

Naysia Moseley
3949 Topping Avenue
Kansas City, MO 64129

## NOTICE OF RIGHT TO SUE

RE:   Naysia Moseley vs. ADIENT U.S., LLC
      E-07/19-51206  28E-2019-01291C

The Missouri Commission on Human Rights (MCHR) is terminating its proceedings and issuing this notice of your right to sue under the Missouri Human Rights Act because you have requested a notice of your right to sue.

This letter indicates your right to bring a civil action within 90 days of the date of this notice against the respondent(s) named in the complaint. Such an action may be brought in any circuit court in any county in which the unlawful discriminatory practice is alleged to have occurred, but it must be brought no later than two years after the alleged cause occurred or its reasonable discovery. Upon issuance of this notice, the MCHR is terminating all proceedings relating to the complaint. No person may file or reinstate a complaint with the MCHR after the issuance of a notice of right to sue relating to the same practice or act. You are hereby notified of your right to sue the Respondent(s) named in your compliant in state circuit court. **THIS MUST BE DONE WITHIN 90 DAYS OF THE DATE OF THIS NOTICE OR YOUR RIGHT TO SUE IS LOST.**

You are also notified that the Executive Director is hereby administratively closing this case and terminating all MCHR proceedings relating to it.  This notice of right to sue has no effect on the suit-filing period of any federal claims. This notice of right to sue is being issued as required by Section 213.111.1, RSMo, because it has been over 180 days after the filing of the complaint and MCHR has not completed its administrative processing.

Respectfully,

Alisa Warren, Ph.D.
Executive Director

February 13, 2020
Date

C:    additional contacts listed on next page

☒          ☐          ☐          ☐          ☐

                                                    Exhibit B

| 3315 W. TRUMAN BLVD. P.O. BOX 1129 JEFFERSON CITY, MO 65102-1129 PHONE: 573-751-3325 | 111 N. 7TH STREET, SUITE 903 ST. LOUIS, MO 63101-2100 PHONE: 314-340-7590 FAX: 314-340-7238 | P.O. BOX 1300 OZARK, MO 65721-1300 | 1410 GENESSEE, SUITE 260 KANSAS CITY, MO 64102 FAX: 816-889-3582 | 106 ARTHUR STREET SUITE D SIKESTON, MO 63801-5454 FAX: 573-472-5321 |

*Missouri Commission on Human Rights is an equal opportunity employer/program. Auxiliary aides and services are available upon request to individuals with disabilities.*
www.labor.mo.gov/mohumanrights          E-Mail: mchr@labor.mo.gov

## IN THE CIRCUIT COURT OF JACKSON COUNTY
## AT KANSAS CITY

| | | |
|---|---|---|
| NAYSIA MOSELEY | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. |
| ADIENT US LLC, | ) | |
| | ) | |
| *Registered agent*: | ) | |
| C T CORPORATION SYSTEM | ) | |
| 120 SOUTH CENTRAL AVENUE | ) | |
| ST. LOUIS, MO 63105 | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR APPOINTMENT OF PRIVATE PROCESS SERVER

COMES NOW <u>Petitioner</u>, by and through counsel, and pursuant to Local Rule 4.9 of Jackson County Court Rules, hereby moves for the appointment of HPS Process Service & Investigations, Inc.:

| | | | | |
|---|---|---|---|---|
| Will Acree | PPS20-0275 | | James F Burke | PPS20-0296 |
| Jan Adams | PPS20-0276 | | Randy Burrow | PPS20-0021 |
| Roger Adams | PPS20-0277 | | Gory Burt | PPS20-0022 |
| Randy Adkins | PPS20-0225 | | Maurice Burton | PPS20-0298 |
| Bobby Ali | PPS20-0278 | | Steve Butcher | PPS20-0581 |
| Gregory Allen | PPS20-0279 | | William Caputo | PPS20-0299 |
| Victor Aponte | PPS20-0280 | | Kyle Carter | PPS20-0023 |
| Brandon Aschenbrenner | PPS20-0281 | | Charles Casey | PPS20-0300 |
| Julia Ascorra | PPS20-0282 | | George Castillo | PPS20-0301 |
| Teresa Bailly | PPS20-0283 | | Fidel A Cervantes | PPS20-0302 |
| Joseph Baska | PPS20-0284 | | Trenia Cherry | PPS20-0303 |
| Robert Bassler | PPS20-0578 | | Joyce Clemmons | PPS20-0304 |
| Carrington Bell | PPS20-0012 | | John Clor | PPS20-0305 |
| George Bell | PPS20-0286 | | Kathleen Clor | PPS20-0306 |
| Carlos Bialet | PPS20-0579 | | Chad Compton | PPS20-0307 |
| Dianna Blea | PPS20-0287 | | Kenneth V Condrey | PPS20-0308 |
| Richard J Blea | PPS20-0288 | | Sharon R Condrey | PPS20-0309 |
| Robert Blixt | PPS20-0289 | | Theodore Cordasco | PPS20-0310 |
| Brent Bohnhoff | PPS20-0014 | | Cesar Corral | PPS20-0311 |
| Ann Bollino | PPS20-0291 | | George H Covert | PPS20-0312 |
| Donnie C Briley | PPS20-0292 | | Dennis Dahlberg | PPS20-0026 |
| Kathy Broom | PPS20-0293 | | Mary Dahlberg | PPS20-0027 |
| Kenneth Brown | PPS20-0294 | | Patricia Dambach-Cirko | PPS20-0313 |
| Douglas S Brower | PPS20-0580 | | Bert Daniels, Jr. | PPS20-0028 |
| Hester Bryant | PPS20-0019 | | Alterck Davenport | PPS20-0314 |
| Nicholas Bull | PPS20-0020 | | Richard Davis | PPS20-0029 |

| | |
|---|---|
| Duane D Day | PPS20-0315 |
| Gerald R Deadwyles | PPS20-0316 |
| Bryce Dearborn | PPS20-0317 |
| Robert DeLacy, Jr. | PPS20-0318 |
| Robert E DeLacy, III | PPS20-0319 |
| Kathleen Dnunno | PPS20-0320 |
| Marrissa Doan | PPS20-0034 |
| Claudia Dohn | PPS20-0321 |
| Dale Dorning | PPS20-0322 |
| Valentina Dorning | PPS20-0323 |
| Catherine Drake | PPS20-0324 |
| Alex Duaine | PPS20-0325 |
| Roland Duff | PPS20-0326 |
| Rochelle D Earthrise | PPS20-0327 |
| Daniel Eberle | PPS20-0328 |
| Shawn Edwards | PPS20-0035 |
| Jessica Ellison | PPS20-0330 |
| Abel Emiru | PPS20-0331 |
| Donald C Eskra, Jr. | PPS20-0332 |
| Leticia Estrada | PPS20-0333 |
| David S Felter | PPS20-0334 |
| William Ferrell | PPS20-0037 |
| Robert Finley | PPS20-0335 |
| Stephen Folcher | PPS20-0336 |
| Ryan D Fortune | PPS20-0337 |
| Chris Fowler | PPS20-0338 |
| James Frago | PPS20-0038 |
| John Frago | PPS20-0039 |
| Kelsey Garrett | PPS20-0582 |
| Thomas Garrett | PPS20-0339 |
| Andrew Garza | PPS20-0041 |
| Charles Gay | PPS20-0340 |
| Richard Gerber | PPS20-0341 |
| Louis Gerrick | PPS20-0342 |
| Paul Gizel | PPS20-0343 |
| Ronda Godard | PPS20-0344 |
| Adam Golden | PPS20-0345 |
| Bradley Gordon | PPS20-0042 |
| Tom Gorgone | PPS20-0044 |
| Paul O Grimes | PPS20-0348 |
| Charles Gunning | PPS20-0046 |
| Aloysivs Guy, Sr. | PPS20-0583 |
| David Hahn | PPS20-0584 |
| Eric Hahn | PPS20-0585 |
| Stefanie Hahn | PPS20-0586 |
| Darnell Hamilton | PPS20-0143 |
| Kimberly Hamilton | PPS20-0351 |

| | |
|---|---|
| Natalie Hawks | PPS20-0050 |
| Larry Haynes | PPS20-0352 |
| Douglas Hays | PPS20-0051 |
| Grace Hazell | PPS20-0353 |
| Richard Heimerich, Jr. | PPS20-0354 |
| Stephen Heitz | PPS20-0052 |
| Charles Helms | PPS20-0356 |
| Austen Hendrickson | PPS20-0357 |
| Jonathan Hennings | PPS20-0358 |
| Jesse J Hernandez | PPS20-0359 |
| Michael Hibler | PPS20-0360 |
| Anthonio Hightower | PPS20-0361 |
| Cherrod T Hindsman | PPS20-0362 |
| James Hise | PPS20-0054 |
| Gary F Hodges | PPS20-0363 |
| Alex Holland | PPS20-0057 |
| Leonard Horseman | PPS20-0364 |
| Ulonda Howard | PPS20-0365 |
| Martin Hueckel | PPS20-0366 |
| Damion Hugher | PPS20-0367 |
| William Humble | PPS20-0590 |
| Mary Hurley | PPS20-0058 |
| George Illidge | PPS20-0368 |
| Frank James | PPS20-0369 |
| Matthew Jankowski | PPS20-0370 |
| Betty Johnson | PPS20-0059 |
| Edward Johnson | PPS20-0060 |
| James Johnson | PPS20-0061 |
| Jordan Johnson | PPS20-0372 |
| Justin L Johnson | PPS20-0373 |
| Randy Johnson | PPS20-0374 |
| Samuel Johnson | PPS20-0375 |
| Haile Kahssu | PPS20-0376 |
| Kenneth Kearney | PPS20-0377 |
| Michael Keating | PPS20-0378 |
| Christopher Keilbart | PPS20-0591 |
| Elizabeth A Kidd | PPS20-0379 |
| Donna Jo King | PPS20-0371 |
| Kenneth Klewicki | PPS20-0380 |
| George Kotsiras | PPS20-0592 |
| Wyman Kroft | PPS20-0381 |
| Jo Ann Lane | PPS20-0382 |
| Linda Langville | PPS20-0593 |
| Eric B Layton | PPS20-0383 |
| Kristie Lewis | PPS20-0384 |
| John D Lichtenegger | PPS20-0385 |
| Bert Lott | PPS20-0386 |

| | | | | |
|---|---|---|---|---|
| Robert Lutren | PPS20-0387 | | Gregory Piazza | PPS20-0421 |
| Daniel Maglothin | PPS20-0069 | | Vincent A Piazza | PPS20-0422 |
| Matthews J Manlich | PPS20-0388 | | Brian T Pierce | PPS20-0423 |
| Robert Manning | PPS20-0389 | | Timothy Pinney | PPS20-0424 |
| Deborah Martin | PPS20-0072 | | Joshua Pitts | PPS20-0425 |
| Michael Martin | PPS20-0073 | | Craig Podgurski | PPS20-0598 |
| Ryan Martin | PPS20-0193 | | Rocellious Pope | PPS20-0426 |
| Susie Martin | PPS20-0390 | | Nancy A Porter | PPS20-0427 |
| Thomas Matthews | PPS20-0391 | | Andre Powell | PPS20-0428 |
| Casey McKee | PPS20-0076 | | Benjamin Purses | PPS20-0429 |
| Michael McMahon | PPS20-0392 | | Richard Ramirez | PPS20-0430 |
| Michael Meade | PPS20-0393 | | Charles Reardon | PPS20-0431 |
| Michael Meador | PPS20-0077 | | Derek L Reddick | PPS20-0432 |
| Kenny Medlin | PPS20-0078 | | Angela Reed | PPS20-0433 |
| Arsalan Memon | PPS20-0396 | | Christopher Reed | PPS20-0434 |
| Eric Mendenhall | PPS20-0397 | | Edward Reed | PPS20-0435 |
| Jenna Mendoza | PPS20-0398 | | Betty G Rice | PPS20-0436 |
| Kellie A. Meyer | PPS20-0673 | | Karen L Rice | PPS20-0437 |
| Matthew Millhollin | PPS20-0081 | | Cheryl Richey | PPS20-0439 |
| Carla M Monehain | PPS20-0400 | | Terri Richards | PPS20-0106 |
| Carlos Moreno | PPS20-0401 | | Debra Rios | PPS20-0440 |
| Michael S Morrison | PPS20-0402 | | David M Roberts | PPS20-0206 |
| Zachary P. Mueller | PPS20-0596 | | Patricia Roberts | PPS20-0207 |
| Kelly Murski | PPS20-0403 | | Jeroy Robinson | PPS20-0441 |
| Andrew Myers | PPS20-0087 | | Sammie Robinson | PPS20-0108 |
| Frederick Myers | PPS20-0088 | | Adrienne Rodriguez | PPS20-0442 |
| James Myers | PPS20-0089 | | Gabriel Rodriguez | PPS20-0443 |
| Stephanie Myers | PPS20-0090 | | Mateo F Rodriguez | PPS20-0444 |
| Paul Nardizzi | PPS20-0404 | | Richard C Ross | PPS20-0445 |
| Wendy Neff | PPS20-0405 | | Melissa Ruiz | PPS20-0446 |
| Christopher New | PPS20-0091 | | Antonio Ruque | PPS20-0447 |
| Jillian Newkirk | PPS20-0406 | | Geena Christine Rupp | PPS20-0599 |
| Jeremy Nicholas | PPS20-0092 | | Edna Russell | PPS20-0110 |
| Michael Noble | PPS20-0093 | | Lee H Russell | PPS20-0448 |
| Michael C Nolon | PPS20-0409 | | Mark A Russell | PPS20-0449 |
| Colter Norris | PPS20-0410 | | John Sadler | PPS20-0450 |
| Dennis Norris | PPS20-0411 | | Ligno Sanchez | PPS20-0451 |
| Kody Norris | PPS20-0412 | | Virginia Saxon-Ford | PPS20-0452 |
| Trinity Olson | PPS20-0413 | | Greg Schermerhorn | PPS20-0453 |
| Craig Palmer | PPS20-0414 | | Brenda Schiwitz | PPS20-0111 |
| Cynthia Paris | PPS20-0415 | | Michael Schuller | PPS20-0454 |
| Douglas W Patterson | PPS20-0416 | | Nathaniel Scott | PPS20-0455 |
| Antonio Perez | PPS20-0417 | | Grant Selvey | PPS20-0600 |
| Jaron Perkins | PPS20-0418 | | Quratulain Shoukat | PPS20-0456 |
| Anha Pham | PPS20-0419 | | Jeremy Small | PPS20-0457 |
| Thai Pham | PPS20-0420 | | Monica Smith | PPS20-0458 |
| Bonnie Phillippi | PPS20-0597 | | Anthony Spada | PPS20-0459 |

| | | | | |
|---|---|---|---|---|
| Melissa Spencer | PPS20-0460 | | Stephen M Troutz | PPS20-0472 |
| Jamie Stallo | PPS20-0461 | | Clinton Turpen | PPS20-0473 |
| Marc A Starks | PPS20-0462 | | Henry J Valladares Cruz | PPS20-0474 |
| Barbara Steil | PPS20-0463 | | Margarita Vasquez | PPS20-0475 |
| Kelvin Stinyard | PPS20-0464 | | Robert E Vick, II | PPS20-0476 |
| Randy Stone | PPS20-0117 | | Bradley Votaw | PPS20-0477 |
| Sonja Stone | PPS20-0118 | | Joseph T Wachowski | PPS20-0478 |
| Steven Stosur | PPS20-0465 | | Ambiko Wallace | PPS20-0479 |
| Robert T Stover | PPS20-0006 | | Vance M Warren, Sr. | PPS20-0480 |
| Jeanie Straessler | PPS20-0466 | | Barbara West | PPS20-0481 |
| Chance Strawser | PPS20-0467 | | Pamela K Wheetley | PPS20-0007 |
| David Taliaferro | PPS20-0119 | | Jennifer White | PPS20-0482 |
| Ramona Rose Talvacchio | PPS20-0468 | | Gregory Willing | PPS20-0130 |
| Katherina M Tan | PPS20-0469 | | Conni Wilson | PPS20-0131 |
| Berhane Tassaw | PPS20-0470 | | Deborah A Wilson | PPS20-0484 |
| Michael Taylor | PPS20-0120 | | Jerry Wilson | PPS20-0132 |
| Courtney S. Thiemann | PPS20-0601 | | Mitchell Wirth | PPS20-0485 |
| Robert Hayes Thomas | PPS20-0602 | | Debra Woodhouse | PPS20-0133 |
| Walter Thomas | PPS20-0603 | | Jerry Wooten | PPS20-0487 |
| William Wyatt Thomas | PPS20-0604 | | Kimary Ann Zappia | PPS20-0606 |
| Christina Tiffany | PPS20-0471 | | | |

as private process servers in the above-captioned matter. In support of said motion, Petitioner states that the above-named individuals are on the Court's list of approved process servers and the information contained in their applications and affidavits on file is current and still correct.

Respectfully submitted,
KRIGEL & KRIGEL, P.C.

*/s/ Ivan L. Nugent*
_____

Ivan L. Nugent, MO #62148
4520 Main St. Suite 700
KANSAS CITY, MO 64111
PHONE:     816-756-5800
FAX:        816-756-1999
EMAIL:     inugent@krigelandkrigel.com

ATTORNEY FOR PETITIONER

Electronically Filed - Jackson - Kansas City - May 11, 2020 - 04:09 PM

## IN THE CIRCUIT COURT OF JACKSON COUNTY
## AT KANSAS CITY

| | |
|---|---|
| NAYSIA MOSELEY | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. |
| ADIENT US LLC, | ) |
| | ) |
| *Registered agent*: | ) |
| C T CORPORATION SYSTEM | ) |
| 120 SOUTH CENTRAL AVENUE | ) |
| ST. LOUIS, MO 63105 | ) |
| | ) |
| Defendant. | ) |

## <u>ORDER FOR APPOINTMENT OF PRIVATE PROCESS SERVER</u>

For good cause shown, as stated in Petitioner's Motion, it is ordered that

**HPS Process Service & Investigations, Inc. and/or its Agents** are appointed

Special Process Server(s)

| | | | | |
|---|---|---|---|---|
| Will Acree | PPS20-0275 | Kathy Broom | PPS20-0293 |
| Jan Adams | PPS20-0276 | Kenneth Brown | PPS20-0294 |
| Roger Adams | PPS20-0277 | Douglas S Brower | PPS20-0580 |
| Randy Adkins | PPS20-0225 | Hester Bryant | PPS20-0019 |
| Bobby Ali | PPS20-0278 | Nicholas Bull | PPS20-0020 |
| Gregory Allen | PPS20-0279 | James F Burke | PPS20-0296 |
| Victor Aponte | PPS20-0280 | Randy Burrow | PPS20-0021 |
| Brandon Aschenbrenner | PPS20-0281 | Gory Burt | PPS20-0022 |
| Julia Ascorra | PPS20-0282 | Maurice Burton | PPS20-0298 |
| Teresa Bailly | PPS20-0283 | Steve Butcher | PPS20-0581 |
| Joseph Baska | PPS20-0284 | William Caputo | PPS20-0299 |
| Robert Bassler | PPS20-0578 | Kyle Carter | PPS20-0023 |
| Carrington Bell | PPS20-0012 | Charles Casey | PPS20-0300 |
| George Bell | PPS20-0286 | George Castillo | PPS20-0301 |
| Carlos Bialet | PPS20-0579 | Fidel A Cervantes | PPS20-0302 |
| Dianna Blea | PPS20-0287 | Trenia Cherry | PPS20-0303 |
| Richard J Blea | PPS20-0288 | Joyce Clemmons | PPS20-0304 |
| Robert Blixt | PPS20-0289 | John Clor | PPS20-0305 |
| Brent Bohnhoff | PPS20-0014 | Kathleen Clor | PPS20-0306 |
| Ann Bollino | PPS20-0291 | Chad Compton | PPS20-0307 |
| Donnie C Briley | PPS20-0292 | Kenneth V Condrey | PPS20-0308 |

| | | | |
|---|---|---|---|
| Sharon R Condrey | PPS20-0309 | Bradley Gordon | PPS20-0042 |
| Theodore Cordasco | PPS20-0310 | Tom Gorgone | PPS20-0044 |
| Cesar Corral | PPS20-0311 | Paul O Grimes | PPS20-0348 |
| George H Covert | PPS20-0312 | Charles Gunning | PPS20-0046 |
| Dennis Dahlberg | PPS20-0026 | Aloysivs Guy, Sr. | PPS20-0583 |
| Mary Dahlberg | PPS20-0027 | David Hahn | PPS20-0584 |
| Patricia Dambach-Cirko | PPS20-0313 | Eric Hahn | PPS20-0585 |
| Bert Daniels, Jr. | PPS20-0028 | Stefanie Hahn | PPS20-0586 |
| Alterck Davenport | PPS20-0314 | Darnell Hamilton | PPS20-0143 |
| Richard Davis | PPS20-0029 | Kimberly Hamilton | PPS20-0351 |
| Duane D Day | PPS20-0315 | Natalie Hawks | PPS20-0050 |
| Gerald R Deadwyles | PPS20-0316 | Larry Haynes | PPS20-0352 |
| Bryce Dearborn | PPS20-0317 | Douglas Hays | PPS20-0051 |
| Robert DeLacy, Jr. | PPS20-0318 | Grace Hazell | PPS20-0353 |
| Robert E DeLacy, III | PPS20-0319 | Richard Heimerich, Jr. | PPS20-0354 |
| Kathleen Dnunno | PPS20-0320 | Stephen Heitz | PPS20-0052 |
| Marrissa Doan | PPS20-0034 | Charles Helms | PPS20-0356 |
| Claudia Dohn | PPS20-0321 | Austen Hendrickson | PPS20-0357 |
| Dale Dorning | PPS20-0322 | Jonathan Hennings | PPS20-0358 |
| Valentina Dorning | PPS20-0323 | Jesse J Hernandez | PPS20-0359 |
| Catherine Drake | PPS20-0324 | Michael Hibler | PPS20-0360 |
| Alex Duaine | PPS20-0325 | Anthonio Hightower | PPS20-0361 |
| Roland Duff | PPS20-0326 | Cherrod T Hindsman | PPS20-0362 |
| Rochelle D Earthrise | PPS20-0327 | James Hise | PPS20-0054 |
| Daniel Eberle | PPS20-0328 | Gary F Hodges | PPS20-0363 |
| Shawn Edwards | PPS20-0035 | Alex Holland | PPS20-0057 |
| Jessica Ellison | PPS20-0330 | Leonard Horseman | PPS20-0364 |
| Abel Emiru | PPS20-0331 | Ulonda Howard | PPS20-0365 |
| Donald C Eskra, Jr. | PPS20-0332 | Martin Hueckel | PPS20-0366 |
| Leticia Estrada | PPS20-0333 | Damion Hugher | PPS20-0367 |
| David S Felter | PPS20-0334 | William Humble | PPS20-0590 |
| William Ferrell | PPS20-0037 | Mary Hurley | PPS20-0058 |
| Robert Finley | PPS20-0335 | George Illidge | PPS20-0368 |
| Stephen Folcher | PPS20-0336 | Frank James | PPS20-0369 |
| Ryan D Fortune | PPS20-0337 | Matthew Jankowski | PPS20-0370 |
| Chris Fowler | PPS20-0338 | Betty Johnson | PPS20-0059 |
| James Frago | PPS20-0038 | Edward Johnson | PPS20-0060 |
| John Frago | PPS20-0039 | James Johnson | PPS20-0061 |
| Kelsey Garrett | PPS20-0582 | Jordan Johnson | PPS20-0372 |
| Thomas Garrett | PPS20-0339 | Justin L Johnson | PPS20-0373 |
| Andrew Garza | PPS20-0041 | Randy Johnson | PPS20-0374 |
| Charles Gay | PPS20-0340 | Samuel Johnson | PPS20-0375 |
| Richard Gerber | PPS20-0341 | Haile Kahssu | PPS20-0376 |
| Louis Gerrick | PPS20-0342 | Kenneth Kearney | PPS20-0377 |
| Paul Gizel | PPS20-0343 | Michael Keating | PPS20-0378 |
| Ronda Godard | PPS20-0344 | Christopher Keilbart | PPS20-0591 |
| Adam Golden | PPS20-0345 | Elizabeth A Kidd | PPS20-0379 |

| | | | | |
|---|---|---|---|---|
| Donna Jo King | PPS20-0371 | | Kody Norris | PPS20-0412 |
| Kenneth Klewicki | PPS20-0380 | | Trinity Olson | PPS20-0413 |
| George Kotsiras | PPS20-0592 | | Craig Palmer | PPS20-0414 |
| Wyman Kroft | PPS20-0381 | | Cynthia Paris | PPS20-0415 |
| Jo Ann Lane | PPS20-0382 | | Douglas W Patterson | PPS20-0416 |
| Linda Langville | PPS20-0593 | | Antonio Perez | PPS20-0417 |
| Eric B Layton | PPS20-0383 | | Jaron Perkins | PPS20-0418 |
| Kristie Lewis | PPS20-0384 | | Anha Pham | PPS20-0419 |
| John D Lichtenegger | PPS20-0385 | | Thai Pham | PPS20-0420 |
| Bert Lott | PPS20-0386 | | Bonnie Phillippi | PPS20-0597 |
| Robert Lutren | PPS20-0387 | | Gregory Piazza | PPS20-0421 |
| Daniel Maglothin | PPS20-0069 | | Vincent A Piazza | PPS20-0422 |
| Matthews J Manlich | PPS20-0388 | | Brian T Pierce | PPS20-0423 |
| Robert Manning | PPS20-0389 | | Timothy Pinney | PPS20-0424 |
| Deborah Martin | PPS20-0072 | | Joshua Pitts | PPS20-0425 |
| Michael Martin | PPS20-0073 | | Craig Podgurski | PPS20-0598 |
| Ryan Martin | PPS20-0193 | | Rocellious Pope | PPS20-0426 |
| Susie Martin | PPS20-0390 | | Nancy A Porter | PPS20-0427 |
| Thomas Matthews | PPS20-0391 | | Andre Powell | PPS20-0428 |
| Casey McKee | PPS20-0076 | | Benjamin Purses | PPS20-0429 |
| Michael McMahon | PPS20-0392 | | Richard Ramirez | PPS20-0430 |
| Michael Meade | PPS20-0393 | | Charles Reardon | PPS20-0431 |
| Michael Meador | PPS20-0077 | | Derek L Reddick | PPS20-0432 |
| Kenny Medlin | PPS20-0078 | | Angela Reed | PPS20-0433 |
| Arsalan Memon | PPS20-0396 | | Christopher Reed | PPS20-0434 |
| Eric Mendenhall | PPS20-0397 | | Edward Reed | PPS20-0435 |
| Jenna Mendoza | PPS20-0398 | | Betty G Rice | PPS20-0436 |
| Kellie A. Meyer | PPS20-0673 | | Karen L Rice | PPS20-0437 |
| Matthew Millhollin | PPS20-0081 | | Cheryl Richey | PPS20-0439 |
| Carla M Monehain | PPS20-0400 | | Terri Richards | PPS20-0106 |
| Carlos Moreno | PPS20-0401 | | Debra Rios | PPS20-0440 |
| Michael S Morrison | PPS20-0402 | | David M Roberts | PPS20-0206 |
| Zachary P. Mueller | PPS20-0596 | | Patricia Roberts | PPS20-0207 |
| Kelly Murski | PPS20-0403 | | Jeroy Robinson | PPS20-0441 |
| Andrew Myers | PPS20-0087 | | Sammie Robinson | PPS20-0108 |
| Frederick Myers | PPS20-0088 | | Adrienne Rodriguez | PPS20-0442 |
| James Myers | PPS20-0089 | | Gabriel Rodriguez | PPS20-0443 |
| Stephanie Myers | PPS20-0090 | | Mateo F Rodriguez | PPS20-0444 |
| Paul Nardizzi | PPS20-0404 | | Richard C Ross | PPS20-0445 |
| Wendy Neff | PPS20-0405 | | Melissa Ruiz | PPS20-0446 |
| Christopher New | PPS20-0091 | | Antonio Ruque | PPS20-0447 |
| Jillian Newkirk | PPS20-0406 | | Geena Christine Rupp | PPS20-0599 |
| Jeremy Nicholas | PPS20-0092 | | Edna Russell | PPS20-0110 |
| Michael Noble | PPS20-0093 | | Lee H Russell | PPS20-0448 |
| Michael C Nolon | PPS20-0409 | | Mark A Russell | PPS20-0449 |
| Colter Norris | PPS20-0410 | | John Sadler | PPS20-0450 |
| Dennis Norris | PPS20-0411 | | Ligno Sanchez | PPS20-0451 |

| | | | | |
|---|---|---|---|---|
| Virginia Saxon-Ford | PPS20-0452 | | Courtney S. Thiemann | PPS20-0601 |
| Greg Schermerhorn | PPS20-0453 | | Robert Hayes Thomas | PPS20-0602 |
| Brenda Schiwitz | PPS20-0111 | | Walter Thomas | PPS20-0603 |
| Michael Schuller | PPS20-0454 | | William Wyatt Thomas | PPS20-0604 |
| Nathaniel Scott | PPS20-0455 | | Christina Tiffany | PPS20-0471 |
| Grant Selvey | PPS20-0600 | | Stephen M Troutz | PPS20-0472 |
| Quratulain Shoukat | PPS20-0456 | | Clinton Turpen | PPS20-0473 |
| Jeremy Small | PPS20-0457 | | Henry J Valladares Cruz | PPS20-0474 |
| Monica Smith | PPS20-0458 | | Margarita Vasquez | PPS20-0475 |
| Anthony Spada | PPS20-0459 | | Robert E Vick, II | PPS20-0476 |
| Melissa Spencer | PPS20-0460 | | Bradley Votaw | PPS20-0477 |
| Jamie Stallo | PPS20-0461 | | Joseph T Wachowski | PPS20-0478 |
| Marc A Starks | PPS20-0462 | | Ambiko Wallace | PPS20-0479 |
| Barbara Steil | PPS20-0463 | | Vance M Warren, Sr. | PPS20-0480 |
| Kelvin Stinyard | PPS20-0464 | | Barbara West | PPS20-0481 |
| Randy Stone | PPS20-0117 | | Pamela K Wheetley | PPS20-0007 |
| Sonja Stone | PPS20-0118 | | Jennifer White | PPS20-0482 |
| Steven Stosur | PPS20-0465 | | Gregory Willing | PPS20-0130 |
| Robert T Stover | PPS20-0006 | | Conni Wilson | PPS20-0131 |
| Jeanie Straessler | PPS20-0466 | | Deborah A Wilson | PPS20-0484 |
| Chance Strawser | PPS20-0467 | | Jerry Wilson | PPS20-0132 |
| David Taliaferro | PPS20-0119 | | Mitchell Wirth | PPS20-0485 |
| Ramona Rose Talvacchio | PPS20-0468 | | Debra Woodhouse | PPS20-0133 |
| Katherina M Tan | PPS20-0469 | | Jerry Wooten | PPS20-0487 |
| Berhane Tassaw | PPS20-0470 | | Kimary Ann Zappia | PPS20-0606 |
| Michael Taylor | PPS20-0120 | | | |

to serve the Petition on Defendant, Adient US LLC's registered agent C T Corporation System in connection with the above captioned matter.

DATE: _____        _____

Judge or Circuit Clerk

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

NAYSIA MOSELEY

                    **PLAINTIFF(S),**                **CASE NO.**  2016-CV11746
**VS.**                                              **DIVISION 9**

ADIENT US LLC

                    **DEFENDANT(S),**

## NOTICE OF CASE MANAGEMENT CONFERENCE FOR CIVIL CASE
## AND ORDER FOR MEDIATION

---

NOTICE IS HEREBY GIVEN that a Case Management Conference will be held with the Honorable **JOEL P FAHNESTOCK** on **31-AUG-2020** in **DIVISION 9** at **09:00 AM**. All Applications for Continuance of a Case Management Conference should be filed on or before Wednesday of the week prior to the case management setting. Applications for Continuance of a Case Management Conference shall comply with Supreme Court Rule and 16th Cir. R. 34.1. Continuance of a Case Management Conference will only be granted for good cause shown because it is the desire of the Court to meet with counsel and parties in all cases within the first 4 months that a case has been on file. All counsel and parties are directed to check Case.NET on the 16th Judicial Circuit web site at www.16thcircuit.org after filing an application for continuance to determine whether or not it has been granted.

A lead attorney of record must be designated for each party as required by Local Rule 3.5.1. A separate pleading designating the lead attorney of record shall be filed by each party as described in Local Rule 3.5.2. The parties are advised that if they do not file a separate pleading designating lead counsel, even in situations where there is only one attorney representing the party, JIS will not be updated by civil records department, and copies of orders will be sent to the address currently shown in JIS. Civil Records does not update attorney information from answers or other pleadings. The Designation of Lead Attorney pleading shall contain the name of lead counsel, firm name, mailing address, phone number, FAX number and E-mail address of the attorney who is lead counsel.

At the Case Management Conference, counsel should be prepared to address at least the following:

 a.  A trial setting;

 b.  Expert Witness Disclosure Cutoff Date;

 c.  A schedule for the orderly preparation of the case for trial;

 d.  Any issues which require input or action by the Court;

 e.  The status of settlement negotiations.

2016-CV11746       Page 1 of 2       DMSNCMCIV (2/2017)

Case 4:20-cv-00480-SRB   Document 1-2   Filed 06/12/20   Page 20 of 29

## MEDIATION

The parties are ordered to participate in mediation pursuant to Supreme Court Rule 17. Mediation shall be completed within 10 months after the date the case if filed for complex cases, and 6 months after the date the case is filed for other circuit cases, unless otherwise ordered by the Court. Each party shall personally appear at the mediation and participate in the process. In the event a party does not have the authority to enter into a settlement, then a representative of the entity that does have actual authority to enter into a settlement on behalf of the party shall also personally attend the mediations with the party.

The parties shall confer and select a mutually agreeable person to act as mediator in this case. If the parties are unable to agree on a mediator the court will appoint a mediator at the Case Management Conference.

Each party shall pay their respective pro-rata cost of the mediation directly to the mediator.

## POLICIES/PROCEDURES

Please refer to the Court's web page www.16thcircuit.org for division policies and procedural information listed by each judge.

**/S/ JOEL P FAHNESTOCK**
JOEL P FAHNESTOCK**, Circuit Judge**

Certificate of Service

This is to certify that a copy of the foregoing was mailed postage pre-paid or hand delivered to the plaintiff with the delivery of the file-stamped copy of the petition. It is further certified that a copy of the foregoing will be served with the summons on each defendant named in this action.

Attorney for Plaintiff(s):
IVAN L NUGENT, KRIGEL & KRIGEL, P.C., 4520 MAIN STREET, SUITE 700, KANSAS CITY, MO 64111

Defendant(s):
ADIENT US LLC

Dated: 12-MAY-2020

MARY A. MARQUEZ
Court Administrator

Electronically Filed - Jackson - Kansas City - May 11, 2020 - 04:09 PM

## IN THE CIRCUIT COURT OF JACKSON COUNTY
## AT KANSAS CITY

| | | |
|---|---|---|
| NAYSIA MOSELEY | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. |
| ADIENT US LLC, | ) | |
| | ) | |
| *Registered agent*: | ) | |
| C T CORPORATION SYSTEM | ) | |
| 120 SOUTH CENTRAL AVENUE | ) | |
| ST. LOUIS, MO 63105 | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER FOR APPOINTMENT OF PRIVATE PROCESS SERVER

For good cause shown, as stated in Petitioner's Motion, it is ordered that

**HPS Process Service & Investigations, Inc. and/or its Agents** are appointed

Special Process Server(s)

| | | | | |
|---|---|---|---|---|
| Will Acree | PPS20-0275 | | Kathy Broom | PPS20-0293 |
| Jan Adams | PPS20-0276 | | Kenneth Brown | PPS20-0294 |
| Roger Adams | PPS20-0277 | | Douglas S Brower | PPS20-0580 |
| Randy Adkins | PPS20-0225 | | Hester Bryant | PPS20-0019 |
| Bobby Ali | PPS20-0278 | | Nicholas Bull | PPS20-0020 |
| Gregory Allen | PPS20-0279 | | James F Burke | PPS20-0296 |
| Victor Aponte | PPS20-0280 | | Randy Burrow | PPS20-0021 |
| Brandon Aschenbrenner | PPS20-0281 | | Gory Burt | PPS20-0022 |
| Julia Ascorra | PPS20-0282 | | Maurice Burton | PPS20-0298 |
| Teresa Bailly | PPS20-0283 | | Steve Butcher | PPS20-0581 |
| Joseph Baska | PPS20-0284 | | William Caputo | PPS20-0299 |
| Robert Bassler | PPS20-0578 | | Kyle Carter | PPS20-0023 |
| Carrington Bell | PPS20-0012 | | Charles Casey | PPS20-0300 |
| George Bell | PPS20-0286 | | George Castillo | PPS20-0301 |
| Carlos Bialet | PPS20-0579 | | Fidel A Cervantes | PPS20-0302 |
| Dianna Blea | PPS20-0287 | | Trenia Cherry | PPS20-0303 |
| Richard J Blea | PPS20-0288 | | Joyce Clemmons | PPS20-0304 |
| Robert Blixt | PPS20-0289 | | John Clor | PPS20-0305 |
| Brent Bohnhoff | PPS20-0014 | | Kathleen Clor | PPS20-0306 |
| Ann Bollino | PPS20-0291 | | Chad Compton | PPS20-0307 |
| Donnie C Briley | PPS20-0292 | | Kenneth V Condrey | PPS20-0308 |

| | |
|---|---|
| Sharon R Condrey | PPS20-0309 |
| Theodore Cordasco | PPS20-0310 |
| Cesar Corral | PPS20-0311 |
| George H Covert | PPS20-0312 |
| Dennis Dahlberg | PPS20-0026 |
| Mary Dahlberg | PPS20-0027 |
| Patricia Dambach-Cirko | PPS20-0313 |
| Bert Daniels, Jr. | PPS20-0028 |
| Alterck Davenport | PPS20-0314 |
| Richard Davis | PPS20-0029 |
| Duane D Day | PPS20-0315 |
| Gerald R Deadwyles | PPS20-0316 |
| Bryce Dearborn | PPS20-0317 |
| Robert DeLacy, Jr. | PPS20-0318 |
| Robert E DeLacy, III | PPS20-0319 |
| Kathleen Dnunno | PPS20-0320 |
| Marrissa Doan | PPS20-0034 |
| Claudia Dohn | PPS20-0321 |
| Dale Dorning | PPS20-0322 |
| Valentina Dorning | PPS20-0323 |
| Catherine Drake | PPS20-0324 |
| Alex Duaine | PPS20-0325 |
| Roland Duff | PPS20-0326 |
| Rochelle D Earthrise | PPS20-0327 |
| Daniel Eberle | PPS20-0328 |
| Shawn Edwards | PPS20-0035 |
| Jessica Ellison | PPS20-0330 |
| Abel Emiru | PPS20-0331 |
| Donald C Eskra, Jr. | PPS20-0332 |
| Leticia Estrada | PPS20-0333 |
| David S Felter | PPS20-0334 |
| William Ferrell | PPS20-0037 |
| Robert Finley | PPS20-0335 |
| Stephen Folcher | PPS20-0336 |
| Ryan D Fortune | PPS20-0337 |
| Chris Fowler | PPS20-0338 |
| James Frago | PPS20-0038 |
| John Frago | PPS20-0039 |
| Kelsey Garrett | PPS20-0582 |
| Thomas Garrett | PPS20-0339 |
| Andrew Garza | PPS20-0041 |
| Charles Gay | PPS20-0340 |
| Richard Gerber | PPS20-0341 |
| Louis Gerrick | PPS20-0342 |
| Paul Gizel | PPS20-0343 |
| Ronda Godard | PPS20-0344 |
| Adam Golden | PPS20-0345 |

| | |
|---|---|
| Bradley Gordon | PPS20-0042 |
| Tom Gorgone | PPS20-0044 |
| Paul O Grimes | PPS20-0348 |
| Charles Gunning | PPS20-0046 |
| Aloysivs Guy, Sr. | PPS20-0583 |
| David Hahn | PPS20-0584 |
| Eric Hahn | PPS20-0585 |
| Stefanie Hahn | PPS20-0586 |
| Darnell Hamilton | PPS20-0143 |
| Kimberly Hamilton | PPS20-0351 |
| Natalie Hawks | PPS20-0050 |
| Larry Haynes | PPS20-0352 |
| Douglas Hays | PPS20-0051 |
| Grace Hazell | PPS20-0353 |
| Richard Heimerich, Jr. | PPS20-0354 |
| Stephen Heitz | PPS20-0052 |
| Charles Helms | PPS20-0356 |
| Austen Hendrickson | PPS20-0357 |
| Jonathan Hennings | PPS20-0358 |
| Jesse J Hernandez | PPS20-0359 |
| Michael Hibler | PPS20-0360 |
| Anthonio Hightower | PPS20-0361 |
| Cherrod T Hindsman | PPS20-0362 |
| James Hise | PPS20-0054 |
| Gary F Hodges | PPS20-0363 |
| Alex Holland | PPS20-0057 |
| Leonard Horseman | PPS20-0364 |
| Ulonda Howard | PPS20-0365 |
| Martin Hueckel | PPS20-0366 |
| Damion Hugher | PPS20-0367 |
| William Humble | PPS20-0590 |
| Mary Hurley | PPS20-0058 |
| George Illidge | PPS20-0368 |
| Frank James | PPS20-0369 |
| Matthew Jankowski | PPS20-0370 |
| Betty Johnson | PPS20-0059 |
| Edward Johnson | PPS20-0060 |
| James Johnson | PPS20-0061 |
| Jordan Johnson | PPS20-0372 |
| Justin L Johnson | PPS20-0373 |
| Randy Johnson | PPS20-0374 |
| Samuel Johnson | PPS20-0375 |
| Haile Kahssu | PPS20-0376 |
| Kenneth Kearney | PPS20-0377 |
| Michael Keating | PPS20-0378 |
| Christopher Keilbart | PPS20-0591 |
| Elizabeth A Kidd | PPS20-0379 |

| | | | |
|---|---|---|---|
| Donna Jo King | PPS20-0371 | Kody Norris | PPS20-0412 |
| Kenneth Klewicki | PPS20-0380 | Trinity Olson | PPS20-0413 |
| George Kotsiras | PPS20-0592 | Craig Palmer | PPS20-0414 |
| Wyman Kroft | PPS20-0381 | Cynthia Paris | PPS20-0415 |
| Jo Ann Lane | PPS20-0382 | Douglas W Patterson | PPS20-0416 |
| Linda Langville | PPS20-0593 | Antonio Perez | PPS20-0417 |
| Eric B Layton | PPS20-0383 | Jaron Perkins | PPS20-0418 |
| Kristie Lewis | PPS20-0384 | Anha Pham | PPS20-0419 |
| John D Lichtenegger | PPS20-0385 | Thai Pham | PPS20-0420 |
| Bert Lott | PPS20-0386 | Bonnie Phillippi | PPS20-0597 |
| Robert Lutren | PPS20-0387 | Gregory Piazza | PPS20-0421 |
| Daniel Maglothin | PPS20-0069 | Vincent A Piazza | PPS20-0422 |
| Matthews J Manlich | PPS20-0388 | Brian T Pierce | PPS20-0423 |
| Robert Manning | PPS20-0389 | Timothy Pinney | PPS20-0424 |
| Deborah Martin | PPS20-0072 | Joshua Pitts | PPS20-0425 |
| Michael Martin | PPS20-0073 | Craig Podgurski | PPS20-0598 |
| Ryan Martin | PPS20-0193 | Rocellious Pope | PPS20-0426 |
| Susie Martin | PPS20-0390 | Nancy A Porter | PPS20-0427 |
| Thomas Matthews | PPS20-0391 | Andre Powell | PPS20-0428 |
| Casey McKee | PPS20-0076 | Benjamin Purses | PPS20-0429 |
| Michael McMahon | PPS20-0392 | Richard Ramirez | PPS20-0430 |
| Michael Meade | PPS20-0393 | Charles Reardon | PPS20-0431 |
| Michael Meador | PPS20-0077 | Derek L Reddick | PPS20-0432 |
| Kenny Medlin | PPS20-0078 | Angela Reed | PPS20-0433 |
| Arsalan Memon | PPS20-0396 | Christopher Reed | PPS20-0434 |
| Eric Mendenhall | PPS20-0397 | Edward Reed | PPS20-0435 |
| Jenna Mendoza | PPS20-0398 | Betty G Rice | PPS20-0436 |
| Kellie A. Meyer | PPS20-0673 | Karen L Rice | PPS20-0437 |
| Matthew Millhollin | PPS20-0081 | Cheryl Richey | PPS20-0439 |
| Carla M Monehain | PPS20-0400 | Terri Richards | PPS20-0106 |
| Carlos Moreno | PPS20-0401 | Debra Rios | PPS20-0440 |
| Michael S Morrison | PPS20-0402 | David M Roberts | PPS20-0206 |
| Zachary P. Mueller | PPS20-0596 | Patricia Roberts | PPS20-0207 |
| Kelly Murski | PPS20-0403 | Jeroy Robinson | PPS20-0441 |
| Andrew Myers | PPS20-0087 | Sammie Robinson | PPS20-0108 |
| Frederick Myers | PPS20-0088 | Adrienne Rodriguez | PPS20-0442 |
| James Myers | PPS20-0089 | Gabriel Rodriguez | PPS20-0443 |
| Stephanie Myers | PPS20-0090 | Mateo F Rodriguez | PPS20-0444 |
| Paul Nardizzi | PPS20-0404 | Richard C Ross | PPS20-0445 |
| Wendy Neff | PPS20-0405 | Melissa Ruiz | PPS20-0446 |
| Christopher New | PPS20-0091 | Antonio Ruque | PPS20-0447 |
| Jillian Newkirk | PPS20-0406 | Geena Christine Rupp | PPS20-0599 |
| Jeremy Nicholas | PPS20-0092 | Edna Russell | PPS20-0110 |
| Michael Noble | PPS20-0093 | Lee H Russell | PPS20-0448 |
| Michael C Nolon | PPS20-0409 | Mark A Russell | PPS20-0449 |
| Colter Norris | PPS20-0410 | John Sadler | PPS20-0450 |
| Dennis Norris | PPS20-0411 | Ligno Sanchez | PPS20-0451 |

| | | | |
|---|---|---|---|
| Virginia Saxon-Ford | PPS20-0452 | Courtney S. Thiemann | PPS20-0601 |
| Greg Schermerhorn | PPS20-0453 | Robert Hayes Thomas | PPS20-0602 |
| Brenda Schiwitz | PPS20-0111 | Walter Thomas | PPS20-0603 |
| Michael Schuller | PPS20-0454 | William Wyatt Thomas | PPS20-0604 |
| Nathaniel Scott | PPS20-0455 | Christina Tiffany | PPS20-0471 |
| Grant Selvey | PPS20-0600 | Stephen M Troutz | PPS20-0472 |
| Quratulain Shoukat | PPS20-0456 | Clinton Turpen | PPS20-0473 |
| Jeremy Small | PPS20-0457 | Henry J Valladares Cruz | PPS20-0474 |
| Monica Smith | PPS20-0458 | Margarita Vasquez | PPS20-0475 |
| Anthony Spada | PPS20-0459 | Robert E Vick, II | PPS20-0476 |
| Melissa Spencer | PPS20-0460 | Bradley Votaw | PPS20-0477 |
| Jamie Stallo | PPS20-0461 | Joseph T Wachowski | PPS20-0478 |
| Marc A Starks | PPS20-0462 | Ambiko Wallace | PPS20-0479 |
| Barbara Steil | PPS20-0463 | Vance M Warren, Sr. | PPS20-0480 |
| Kelvin Stinyard | PPS20-0464 | Barbara West | PPS20-0481 |
| Randy Stone | PPS20-0117 | Pamela K Wheetley | PPS20-0007 |
| Sonja Stone | PPS20-0118 | Jennifer White | PPS20-0482 |
| Steven Stosur | PPS20-0465 | Gregory Willing | PPS20-0130 |
| Robert T Stover | PPS20-0006 | Conni Wilson | PPS20-0131 |
| Jeanie Straessler | PPS20-0466 | Deborah A Wilson | PPS20-0484 |
| Chance Strawser | PPS20-0467 | Jerry Wilson | PPS20-0132 |
| David Taliaferro | PPS20-0119 | Mitchell Wirth | PPS20-0485 |
| Ramona Rose Talvacchio | PPS20-0468 | Debra Woodhouse | PPS20-0133 |
| Katherina M Tan | PPS20-0469 | Jerry Wooten | PPS20-0487 |
| Berhane Tassaw | PPS20-0470 | Kimary Ann Zappia | PPS20-0606 |
| Michael Taylor | PPS20-0120 | | |

to serve the Petition on Defendant, Adient US LLC's registered agent C T Corporation System in connection with the above captioned matter.

DATE: _____  12-May-2020

_____

DEPUTY COURT ADMINISTRATOR



| Judge or Division:<br>JOEL P FAHNESTOCK | Case Number: 2016-CV11746 |
|---|---|
| Plaintiff/Petitioner:<br>NAYSIA MOSELEY | Plaintiff's/Petitioner's Attorney/Address<br>IVAN L NUGENT<br>KRIGEL & KRIGEL, P.C.<br>4520 MAIN STREET<br>SUITE 700<br>KANSAS CITY, MO 64111 |
| vs. | |
| Defendant/Respondent:<br>ADIENT US LLC | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** ADIENT US LLC

**Alias:**

R/A CT CORPORATION SYSTEM
120 S CENTRAL AVE
ST LOUIS, MO 63105

# PRIVATE PROCESS SERVER



*COURT SEAL OF*

*JACKSON COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

12-MAY-2020
Date

_____
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____

Date                                                      Notary Public

| Sheriff's Fees | | |
|---|---|---|
| Summons | $ | |
| Non Est | $ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $ 10.00 | |
| Mileage | $ | (_____ miles @ $._____ per mile) |
| **Total** | $ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

## SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org  →  Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.


Circuit Court of Jackson County

Revised 7/3/13                    Service Information - Attorney

Electronically Filed - Jackson - Kansas City - May 22, 2020 - 11:49 AM

# AFFIDAVIT OF SERVICE

State of Missouri                County of Jackson                           Circuit Court

Case Number: 2016-CV11746

Plaintiff/Petitioner:
**NAYSIA MOSELEY**

vs.

Defendant/Respondent:
**ADIENT US, LLC**

Received by HPS Process Service & Investigations to be served on **Aident US, LLC, c/o Registered Agent: CT Corporation System, 120 South Central Avenue, Clayton, MO 63105.**

I, MARTIN HUECKEL, being duly sworn, depose and say that on the **13th day of May, 2020** at **11:11 am**, I:

Served the within named establishment by delivering a true copy of **Summons in Civil Case; Petition for Damages; and Exhibits A-B** to **Bonnie Love, POS Intake Specialist** at the address of **120 South Central Avenue, Clayton, MO 63105.**

I am over the age of eighteen, and have no interest in the above action.


Subscribed and Sworn to before me on the _15_ day
of ___May    2020___ by the affiant who is
personally known to me.

_____
NOTARY PUBLIC

┌─────────────────────────────────┐
│          NICK ZOTTI             │
│  Notary Public - Notary Seal    │
│      STATE OF MISSOURI          │
│       St. Charles County        │
│ My Commission Expires March 14, 2021 │
│      Commission # 13460023      │
└─────────────────────────────────┘

_____
**MARTIN HUECKEL**
Process Server

**HPS Process Service & Investigations**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559

Our Job Serial Number: HAT-2020008525

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c



IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>JOEL P FAHNESTOCK | Case Number: 2016-CV11746 |
|---|---|
| Plaintiff/Petitioner:<br>NAYSIA MOSELEY | Plaintiff's/Petitioner's Attorney/Address<br>IVAN L NUGENT<br>KRIGEL & KRIGEL, P.C.<br>4520 MAIN STREET<br>SUITE 700<br>KANSAS CITY, MO 64111 |
| **vs.** | |
| Defendant/Respondent:<br>ADIENT US LLC | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: ADIENT US LLC
　　　　　　　　　　Alias:

R/A CT CORPORATION SYSTEM
120 S CENTRAL AVE
ST LOUIS, MO 63105

**PRIVATE PROCESS SERVER**

COURT SEAL OF

JACKSON COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

　12-MAY-2020　　　　　　　　　　　　　　　　　　_____
　　　Date　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

Further Information:

---

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____Bonnie Cone_____ (name) _DOS Entake Spec._ (title).

☐ other _____

Served at __120 S. Central Ave, Clayton MO 63105__ (address)

in __ST Louis__ (County/City of St. Louis), MO, on _5/13/2020_ (date) at _11/1am_ (time).

__Marton Haschel__　　　　　　　　　　　　__Marton J Haschel__
Printed Name of Sheriff or Server　　　　　　　Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

(Seal)　　Subscribed and sworn to before me on _5/15/2020_ (date).

My commission expires: ___3/14/2021___　　　　　　_____
　　　　　　　　　　　　　　　Date　　　　　　　　　　　Notary Public

NICK ZOTTI
Notary Public - Notary Seal
STATE OF MISSOURI
St. Charles County
My Commission Expires March 14, 2021
Commission # 13460023

| Sheriff's Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $___10.00___ |
| Mileage | $_____ (_____ miles @ $_____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7/2018) SM30 (JAKSMCC) For Court Use Only: Document Id # 20-SMCC-3886　1　of　1　Summons in Civil Case　54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:20-cv-00480-SRB　Document 1-2　Filed 06/12/20　Page 29 of 29